UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY GROUP PB LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TAVA CAPITAL I, LLC, a Wyoming limited liability company; TREVOR WELCH, an individual and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.:   20cv1869 GPC(KSC)<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT SUPPLEMENTAL DECLARATION** |

On September 22, 2020, the Court issued an order to show cause why the case should be not remanded for lack of subject matter jurisdiction based on the diversity of the parties. (Dkt. No. 2.) In response, on October 2, 2020, Defendant Trevor Welch filed an affidavit stating that he is a resident of Utah and as the Managing Principal for TAVA Capital I, LLC, he states that TAVA Capital I, LLC is a Wyoming limited liability company ("LLC") and he is the sole member of the LLC. (Dkt. No. 3, Welch Decl. ¶¶ 3, 4.) Defendants also explained that the amount in controversy exceeds $75,000. (Id. ¶ 5.) However, Defendants do not explain the citizenship of Plaintiff Gravity Group PB LLC which is also a limited liability company to demonstrate that diversity jurisdiction exists.

As the Court explained in the order to show case, for purposes of diversity, a limited liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), and the party invoking the removal statute bears the burden of establishing that federal subject-matter jurisdiction exists. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1195 (9th Cir. 1988).

Here, because Defendants have not provided an affidavit demonstrating complete diversity between the parties, they must file a response on or before **October 13, 2020** demonstrating diversity of citizenship to support subject matter jurisdiction.

IT IS SO ORDERED.

Dated: October 6, 2020

Hon. Gonzalo P. Curiel
United States District Judge